1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

8              UNITED STATES  DISTRICT COURT

9                 Northern District of California

10                      Oakland Division

11

12  BENCHMARK PROPERTIES

13                    Plaintiff(s),                     No. C 10-01925 LB

          v.

14                                                      **ORDER DIRECTING DEFENDANT**
    CONSUELO PEREZ                                      **TO FILE CONSENT/DECLINATION**
15                                                      **FORM**

                  Defendant(s).
16  _____/

17

18        Pending before the Court is Defendant's Motion to Proceed *In Forma Pauperis* (Dkt. # 2).

19  Upon review of the record in this action, the Court notes that Defendant has not filed a written

20  consent to Magistrate Judge Beeler's jurisdiction.  This civil case was randomly assigned to

21  Magistrate Judge Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the

22  magistrate judges of this district court are designated to conduct any and all proceedings in a civil

23  case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a

24  judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of

25  Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district

26  court.

27        You have the right to have your case assigned to a United States District Judge for trial and

28

    C 10-01925 LB

disposition.  Accordingly, Defendant shall inform the Court whether Defendant consents to

Magistrate Judge Beeler's jurisdiction or requests reassignment to a United States District Judge for

trial.  The consent/declination form shall be filed by <u>May 20, 2010</u>.

**IT IS SO ORDERED.**

Dated: May 6, 2010

_____

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 10-01925 LB                                                 2

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

BENCHMARK PROPERTIES,

          Plaintiff(s),

    v.

CONSUELO PEREZ,

          Defendant(s).

_____/

No.  C 10-01925 LB

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

_____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

### Oakland Division

BENCHMARK PROPERTIES,                          No.  C 10-01925 LB

         Plaintiff(s),                     **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
                                 **AND**
    v.                                **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
CONSUELO PEREZ,

         Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____          Signature_____

                                 Counsel for _____
                                 (Plaintiff, Defendant, or indicate "pro se")